CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
      San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
      San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, | Case 2:14-CV-01621-DDP-JC |
| Plaintiff, | Judgment Re: Default Judgment |
| v. | |
| **Shang Ming;** **Jin C. Shiang**; and Does 1-10, | |
| Defendants. | |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Chris Langer shall have JUDGMENT in his favor in the amount of $6,310.00 against Defendants Shang Ming and Jin C. Shiang.

Additionally, Defendants Shang Ming and Jin C. Shiang are ordered to provide handicap-accessible parking at the property located at or about 1479 S. La Cienega Blvd., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: July 28, 2014

United States District Judge

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff